DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER BADEN and CHRISTOPHER BADEN,
derivatively on behalf of PALMA SOLA
DEVELOPMENT, INC., a Florida Corporation,

Appellants,

v.

VIRGINIA BADEN and JOANNA BADEN,

Appellees.

No. 2D20-3427

_____

September 15, 2021

Appeal from the Circuit Court for Manatee County; Edward
Nicholas, Judge.

E. Blake Melhuish of E. Blake Melhuish, P.A., Bradenton, for
Appellants.

Stuart Jay Levine and Michael A. Gold, of Walters Levine Lozano &
DeGrave, Tampa, for Appellees.

PER CURIAM.

 Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.